**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
In re:                                              :
                                                    : Chapter 11
ORCHARD ACQUISITION COMPANY, LLC,                   :
                                                    : Case No. 17-_____ (___)
       Debtor.                                      :
                                                    :
Tax I.D. No. 20-5694753                             :
                                                    :
                                                    :
---------------------------------------------------------------x
In re:                                              :
                                                    : Chapter 11
THE J.G. WENTWORTH COMPANY, LLC,                    :
                                                    : Case No. 17-_____ (___)
       Debtor.                                      :
                                                    :
Tax I.D. No. 45-2961295                             :
                                                    :
                                                    :
---------------------------------------------------------------x
In re:                                              :
                                                    : Chapter 11
THE J.G. WENTWORTH COMPANY,                         :
                                                    : Case No. 17-_____ (___)
       Debtor.                                      :
                                                    :
Tax I.D. No. 46-3037859                             :
                                                    :
                                                    :
---------------------------------------------------------------x
In re:                                              :
                                                    : Chapter 11
J.G. WENTWORTH, LLC,                                :
                                                    : Case No. 17-_____ (___)
       Debtor.                                      :
                                                    :
Tax I.D. No. 90-0542773                             :
                                                    :
                                                    :
---------------------------------------------------------------x

```
-----------------------------------------------------------x
In re:                                     :
                                           :  Chapter 11
JGW HOLDINGS, INC.,                        :
                                           :  Case No. 17-_____ (___)
           Debtor.                         :
                                           :
Tax I.D. No. 20-3124569                    :
                                           :
                                           :
-----------------------------------------------------------x
```

**DEBTORS' MOTION FOR AN ORDER, PURSUANT TO BANKRUPTCY
RULE 1015 AND LOCAL RULE 1015-1, AUTHORIZING THE JOINT
ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES**

Orchard Acquisition Company, LLC and its above-captioned affiliated debtors and debtors in possession (collectively, the "Debtors") hereby submit this motion (this "Motion") for the entry of an order, substantially in the form attached hereto as Exhibit A (the "Proposed Order"), pursuant to Rule 1015 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), authorizing the joint administration of the Debtors' chapter 11 cases and the consolidation thereof for procedural purposes only. In support of this Motion, the Debtors rely on the *Declaration of Stewart A. Stockdale, Chief Executive Officer, in Support of Chapter 11 Petitions and First Day Motions* (the "First Day Declaration"), filed concurrently herewith.[1] In further support of this Motion, the Debtors respectfully represent as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the First Day Declaration.

2

District of Delaware, dated as of February 29, 2012.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and, pursuant to Local Rule 9013-1(f), the Debtors consent to entry of a final order by the Court in connection with this Motion to the extent it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2. Venue is proper in the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory and legal predicates for the relief sought herein are Bankruptcy Rule 1015 and Local Rule 1015-1.

## BACKGROUND

4. On the date hereof, (the "Petition Date"), each of the Debtors has filed a petition for reorganization under chapter 11 of title 11 of the United States Code, 11 U.S.C §§ 101-1532 (the "Bankruptcy Code") with the Court.  The Debtors continue to operate their businesses through their non-Debtor affiliates (together with the Debtors, the "Company") and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5. A detailed description of the Company's lines of business, the reasons for filing these chapter 11 cases (the "Chapter 11 Cases"), and the relief sought from this Court to allow for a transition into chapter 11 are set forth in the First Day Declaration, which is incorporated by reference.

## RELIEF REQUESTED

6. By this Motion, the Debtors request entry of an order directing the joint administration of the Chapter 11 Cases and the consolidation thereof for procedural purposes only.

7. The Debtors also request that the Clerk of the United States Bankruptcy Court for the District of Delaware (the "Clerk of the Court") maintain one file and one docket for all of the Debtors' Chapter 11 Cases under the case number assigned to Debtor Orchard Acquisition Company, LLC, and that the caption of the Chapter 11 Cases be modified to reflect their joint administration as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
In re:                                       :
                                             :  Chapter 11
                                             :
                                             :  Case No. 17-_____ (___)
ORCHARD ACQUISITION COMPANY, LLC, *et*       :
*al.*,                                       :  Jointly Administered
                                             :
            Debtors.¹                        :
                                             :
---------------------------------------------------------------x

¹ The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Orchard Acquisition Company, LLC (4753); The J.G. Wentworth Company, LLC (1295); The J.G. Wentworth Company (7859); J.G. Wentworth, LLC (2773); and JGW Holdings, Inc. (4569). The Debtors' address is 1200 Morris Drive, Suite 300, Chesterbrook, PA 19087.

8. The Debtors also seek the Court's direction that a notation, substantially similar to the following be entered on the docket of each Debtor other than Debtor Orchard Acquisition Company, LLC, to reflect the joint administration of the Chapter 11 Cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing the procedural consolidation and joint administration of the chapter 11 cases of Orchard Acquisition Company, LLC, The J.G. Wentworth Company, LLC, The J.G. Wentworth Company, J.G. Wentworth, LLC, and JGW Holdings, Inc. **The docket in the chapter 11 case of Orchard Acquisition Company, LLC, Case No. 17-_____ (___), should be consulted for all matters affecting this case**.

**BASIS FOR RELIEF**

9. Pursuant to Bankruptcy Rule 1015(b), if two or more petitions are pending in the same court by or against a debtor and an affiliate, "the [C]ourt may order a joint administration of the estates." Fed. R. Bankr. P. 1015(b). Local Rule 1015-1 similarly permits entry of such an order if the Debtors demonstrate that joint administration "is warranted and will ease the administrative burden for the Court and the parties." Del. Bankr. L.R. 1015-1. In the Chapter 11 Cases, the Debtors are "affiliates," as that term is defined in section 101(2) of the Bankruptcy Code. Accordingly, the Court may grant the relief requested herein.

10. Additionally, the First Day Declaration establishes that the joint administration of the Debtors' respective estates is warranted and will ease the administrative burden on the Court and all parties in interest in the Chapter 11 Cases. Joint administration will also permit the Clerk of the Court to utilize a single docket for all of the Chapter 11 Cases, and to combine notices to creditors and other parties in interest in the Debtors' respective cases. Because there likely will be numerous motions, applications, and other pleadings filed in these cases that will affect all of the Debtors, joint administration will permit counsel for all parties in interest to include all of the Debtors' cases in a single caption for the numerous documents that are likely to be filed and served in these cases. Joint administration will also enable parties in interest in all of the Debtors' cases to stay apprised of all the various matters before the Court.

11. Joint administration will not prejudice or adversely affect the rights of the Debtors' creditors because the relief sought herein is purely procedural and is not intended to affect substantive rights. Joint administration will also significantly reduce the volume of paper that otherwise would be filed with the Clerk of the Court, render the completion of various administrative tasks less costly, and provide for greater efficiencies. Moreover, the relief

requested by this Motion will also simplify supervision of the administrative aspects of these cases by the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee").

12. For these reasons, the Debtors submit that the relief requested herein is in the best interests of the Debtors, their estates, and creditors, and therefore should be granted.

## NOTICE

13. The Debtors have provided notice of this Motion to: (i) the U.S. Trustee; (ii) the United States Securities and Exchange Commission; (iii) the Office of the United States Attorney for the District of Delaware; (iv) the Internal Revenue Service; (v) Davis Polk & Wardwell, as co-counsel to the Debtors' prepetition agent; (vi) Potter Anderson & Corroon LLP, as Delaware co-counsel to the Debtors' prepetition agent; (vii) Weil, Gotshal & Manges LLP, as counsel to HPS Investment Partners, LLC as the New RCF Commitment Party; and (viii) those creditors holding the twenty (20) largest unsecured claims against the Debtors' estates (on a consolidated basis). Notice of this Motion and any order entered on this Motion will be served as required by Local Rule 9013-1(m).

14. In light of the nature of the relief requested herein, the Debtors submit that no other or further notice is necessary.

## **CONCLUSION**

WHEREFORE, the Debtors request entry of the Proposed Order, substantially in the form attached hereto as <u>Exhibit A</u>, granting the relief requested herein and such other and further relief as is just and proper.

Dated: Wilmington, Delaware
December 12, 2017

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Tara C. Pakrouh*
Edmon L. Morton (No. 3856)
Sean M. Beach (No. 4070)
Elizabeth S. Justison (No. 5911)
Tara C. Pakrouh (No. 6192)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:   (302) 571-6600
Fax:   (302) 571-1253

-and-

SIMPSON THACHER & BARTLETT LLP
Elisha D. Graff
Kathrine A. McLendon
Edward R. Linden
Randi Lynn Veenstra
425 Lexington Avenue
New York, New York 10017
T: (212) 455-2000
F: (212) 455-2502

*Proposed Counsel to the Debtors and Debtors in Possession*

## **EXHIBIT A**

**PROPOSED ORDER**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------x
In re:                                          :
                                                :  Chapter 11
ORCHARD ACQUISITION COMPANY, LLC,               :
                                                :  Case No. 17-_____ (___)
            Debtor.                             :
                                                :
Tax I.D. No. 20-5694753                         :
                                                :
                                                :
------------------------------------------------------------x
In re:                                          :
                                                :  Chapter 11
THE J.G. WENTWORTH COMPANY, LLC,                :
                                                :  Case No. 17-_____ (___)
            Debtor.                             :
                                                :
Tax I.D. No. 45-2961295                         :
                                                :
                                                :
------------------------------------------------------------x
In re:                                          :
                                                :  Chapter 11
THE J.G. WENTWORTH COMPANY,                     :
                                                :  Case No. 17-_____ (___)
            Debtor.                             :
                                                :
Tax I.D. No. 46-3037859                         :
                                                :
                                                :
------------------------------------------------------------x
In re:                                          :
                                                :  Chapter 11
J.G. WENTWORTH, LLC,                            :
                                                :  Case No. 17-_____ (___)
            Debtor.                             :
                                                :
Tax I.D. No. 90-0542773                         :
                                                :
                                                :
------------------------------------------------------------x
```

```
-----------------------------------------------------------x
In re:                                                     :
                                                           :  Chapter 11
JGW HOLDINGS, INC.,                                        :
                                                           :  Case No. 17-_____ (___)
            Debtor.                                        :
                                                           :  Ref. Docket No. ___
Tax I.D. No. 20-3124569                                    :
                                                           :
                                                           :
                                                           :
-----------------------------------------------------------x
```

**ORDER, PURSUANT TO BANKRUPTCY RULE 1015
AND LOCAL RULE 1015-1, AUTHORIZING THE JOINT
ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES**

Upon consideration of the motion (the "Motion")[1] of Orchard Acquisition Company, LLC, and its above-captioned affiliated debtors and debtors in possession (collectively, the "Debtors") for the entry of an order, pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1, authorizing the joint administration of the Debtors' Chapter 11 Cases for procedural purposes only; and upon consideration of the Motion and all pleadings related thereto, including the First Day Declaration; and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; and it appearing that this Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order herewith consistent with Article III of the U.S. Constitution; and it appearing that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2

and provided for herein is in the best interest of the Debtors, their estates, and creditors; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**

1	The Motion is GRANTED as set forth herein.

2	The Debtors' Chapter 11 Cases shall be consolidated for procedural purposes only and shall be jointly administered in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1.

3	The Clerk of the Court shall maintain one file and one docket for all of the Debtors' Chapter 11 Cases, which file and docket shall be the file and docket for the chapter 11 case of Debtor Orchard Acquisition Company, LLC, Case No. 17-_____ (___).

4	All pleadings filed in the Debtors' Chapter 11 Cases shall bear a consolidated caption in the following form:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

----------------------------------------------------------------x
In re:                                                          :
                                                                :   Chapter 11
                                                                :
                                                                :   Case No. 17-_____ (___)
                                                                :
ORCHARD ACQUISITION COMPANY, LLC, *et al.*,                     :   Jointly Administered
                                                                :
                                                                :
                Debtors.[1]                                     :
                                                                :
----------------------------------------------------------------x

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Orchard Acquisition Company, LLC (4753); The J.G. Wentworth Company, LLC (1295); The J.G. Wentworth Company (7859); J.G. Wentworth, LLC (2773); and JGW Holdings, Inc. (4569). The Debtors' address is 1200 Morris Drive, Suite 300, Chesterbrook, PA 19087.

5	The foregoing caption satisfies the requirements of section 342(c)(1) of the Bankruptcy Code.

3

6  The Clerk of the Court shall make a docket entry in each Debtor's Chapter 11 Case (except that of Orchard Acquisition Company, LLC) substantially as follows:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing the procedural consolidation and joint administration of the chapter 11 cases of Orchard Acquisition Company, LLC, The J.G. Wentworth Company, LLC, The J.G. Wentworth Company, J.G. Wentworth, LLC, and JGW Holdings, Inc.  **The docket in the chapter 11 case of Orchard Acquisition Company, LLC, Case No. 17-\_\_\_\_ (\_\_\_), should be consulted for all matters affecting this case**.

7  Nothing in the Motion or this Order is intended or shall be deemed or otherwise construed as directing or otherwise effecting a substantive consolidation of the Debtors or Debtors' estates.  This Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

8  The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

9  The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10  This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: _____, 2017
   Wilmington, Delaware         _____

                   United States Bankruptcy Judge