# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------x
In re:                                              :
                                                    : Chapter 11
ORCHARD ACQUISITION COMPANY, LLC,                   :
                                                    : Case No. 17-12914 (KG)
          Debtor.                                   :
                                                    :
Tax I.D. No. 20-5694753                             :
                                                    :
                                                    :
------------------------------------------------------------x
In re:                                              :
                                                    : Chapter 11
THE J.G. WENTWORTH COMPANY, LLC,                    :
                                                    : Case No. 17-12915 (KG)
          Debtor.                                   :
                                                    :
Tax I.D. No. 45-2961295                             :
                                                    :
                                                    :
------------------------------------------------------------x
In re:                                              :
                                                    : Chapter 11
THE J.G. WENTWORTH COMPANY,                         :
                                                    : Case No. 17-12916 (KG)
          Debtor.                                   :
                                                    :
Tax I.D. No. 46-3037859                             :
                                                    :
                                                    :
------------------------------------------------------------x
In re:                                              :
                                                    : Chapter 11
J.G. WENTWORTH, LLC,                                :
                                                    : Case No. 17-12917 (KG)
          Debtor.                                   :
                                                    :
Tax I.D. No. 90-0542773                             :
                                                    :
                                                    :
------------------------------------------------------------x
```

```
-----------------------------------------------------------x
In re:                                          :
                                                :  Chapter 11
JGW HOLDINGS, INC.,                             :
                                                :  Case No. 17-12918 (KG)
                        Debtor.                 :
                                                :  Ref. Docket No. 204, 217
Tax I.D. No. 20-3124569                         :
                                                :
                                                :
-----------------------------------------------------------x
```

### FINAL DECREE AND ORDER CLOSING THE CHAPTER 11 CASES AND TERMINATING CLAIMS AND NOTICING SERVICES

Upon the motion (the "Motion")[1] of the Reorganized Debtors for entry of a final decree and order (this "Final Decree and Order") closing the Chapter 11 Cases and terminating the Claims and Noticing Services provided by Prime Clerk in connection with the Chapter 11 Cases pursuant to section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1, pursuant to the terms set forth in the Motion and all pleadings related thereto; and it appearing that the Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter this Final Decree and Order consistent with Article III of the United States Constitution; and it appearing that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and appropriate notice of and the opportunity for a hearing on the Motion having been given; and the relief requested in the Motion being in the best interests of the Debtors' estates, their creditors and other parties in interest; and this Court having determined that the legal and factual bases set

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

01:22863585.6

2

forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is GRANTED as set forth herein.

2. The Chapter 11 Cases of the following Debtors and Reorganized Debtors are hereby CLOSED pursuant to section 350(a) of the Bankruptcy Code, effective as of the date of entry of this Final Decree and Order: (i) Orchard Acquisition Company, LLC, Case No. 17-12914; (ii) The J.G. Wentworth Company, LLC, Case No. 17-12915; (iii) The J.G. Wentworth Company, Case No. 17-12916; (iv) J.G. Wentworth, LLC, Case No 17-12917; and (v) JGW Holdings, Inc., Case No. 17-12918.

3. A docket entry shall be made in each of the Chapter 11 Cases reflecting the entry of this Final Decree and Order.

4. Entry of this Final Decree and Order is without prejudice to the rights of any Reorganized Debtor or other party in interest to seek to reopen any of the Chapter 11 Cases for cause pursuant to section 350(b) of the Bankruptcy Code.

5. Notwithstanding anything to the contrary, the terms and conditions of this Final Decree and Order shall be immediately effective and enforceable upon its entry.

6. Subject to the performance of any obligations of Prime Clerk pursuant to this Final Decree and Order, Prime Clerk's services as claims and noticing agent for the Chapter 11 Cases are hereby terminated, and Prime Clerk shall be deemed formally discharged as claims and noticing agent for the Chapter 11 Cases without further order of the Court.

7. Pursuant to Local Rule 2002-1(f)(ix), within twenty-eight (28) days of the entry of this Final Decree and Order, Prime Clerk shall: (i) forward to the Clerk of the Court an electronic version of all imaged claims; (ii) upload the creditor mailing list into CM/ECF; and (iii) docket a final claims register containing the claims filed in the Chapter 11 Cases. Prime Clerk

shall further box and transport all original claims to the Philadelphia Federal Records Center, 14470 Townsend Road, Philadelphia, Pennsylvania 19154, and docket a completed SF-135 Form indicating the accession and location numbers of the archived claims.

8. Unless otherwise agreed by the U.S. Trustee, within thirty (30) days of the entry of this Final Decree and Order, the Reorganized Debtors shall (a) file with the Court and provide to the U.S. Trustee all outstanding post-confirmation reports, and (b) pay all fees due and payable pursuant to 28 U.S.C. § 1930.

9. The Reorganized Debtors and their agents are authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree and Order in accordance with the Motion.

10. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Final Decree and Order.

Dated: April 10, 2018
Wilmington, Delaware

_____
KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE